IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02071-JLK**

**JANET MYRICK,**

      Plaintiff,

v.

**CRAIG WALKER,**
**WALKER III - VOSS, LLC,**
**CRAIG J. WALKER REVOCABLE TRUST**
**CANYON SPRINGS RANCH and**
**KENNETH LUTZ,**

      Defendant.

---

## ORDER

---

Kane, J.

      This matter is before me on Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 19), filed August 31, 2007. Having carefully considered the Motion, Defendants' response stating they had no objection, and all applicable legal authorities, and being fully advised in the premises, I GRANT Plaintiff's Motion. Plaintiff's First Amended Complaint, as submitted on August 31, 2007, is accepted as filed.

      IT IS SO ORDERED.

      Dated this 26th day of September, 2007.

                            s/ John L. Kane
                            John L. Kane, Senior District Judge
                            United States District Court