IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02071-JLK-MJW

JANET MYRICK,

    Plaintiff,

v.

CRAIG J. WALKER, WALKER III-VOSS,
LLC, CRAIG J. WALKER REVOCABLE
TRUST, CANYON SPRINGS RANCH,
KENNETH E. LUTZ, AND WALKER AG GROUP, INC.

    Defendants.

## ORDER

**THIS MATTER** is before the Court on the parties' Stipulated Motion to Stay Proceedings (doc. #26), filed December 3, 2007. The Motion to Stay Proceedings is **GRANTED**. This case is **STAYED** until such time as the title action filed in Las Animas County is resolved. It is

**FURTHER ORDERED** that the parties shall file a status report on this matter every 6 months, until such time as the case is concluded. The first status report is due June 5, 2008.

**DATED** this 5th day of December, 2007.

                                          **BY THE COURT:**

                                          *s/John L. Kane*
                                          United States District Court Judge