IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02071-JLK-MJW

JANET MYRICK,

    Plaintiff,

v.

CRAIG J. WALKER, WALKER III-VOSS,
LLC, CRAIG J. WALKER REVOCABLE
TRUST, CANYON SPRINGS RANCH,
KENNETH E. LUTZ, AND WALKER AG GROUP, INC.

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' Stipulation for Dismissal with Prejudice (doc. #30), filed April 25, 2008, and the Court having reviewed the same and being fully advised in the premises,

**ORDERS** that this matter is **DISMISSED WITH PREJUDICE**, each party is to pay their own costs, expenses, and attorneys fees.

DATED this 25th day of April, 2008.

                BY THE COURT:

                *S/John L. Kane*
                United States District Court Judge